# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| DAVID J. GOODIEL, | : No. 20 WAP 2019 |
| | : |
| Appellant | : Appeal from the Order of the |
| | : Commonwealth Court entered |
| | : February 5, 2019 at No. 754 MD 2018 |
| v. | : |
| | : |
| | : |
| JOHN E. WETZEL, SECRETARY OF | : |
| CORRECTIONS, TABB BICKELL, | : |
| EXECUTIVE DEPUTY SECRETARY OF | : |
| INSTITUTIONAL OPERATIONS, | : |
| MICHAEL WENEROWICZ, DEPUTY | : |
| SECRETARY OF THE EASTERN | : |
| REGION, TREVOR WINGARD, ACTING | : |
| DEPUTY SECRETARY OF THE | : |
| WESTERN REGION, ROBERT | : |
| GILMORE, SUPERINTENDENT OF SCI- | : |
| GREENE, INDIVIDUALLY AND IN THEIR | : |
| OFFICIAL AND PRIVATE CAPACITIES, | : |
| | : |
| Appellees | : |

## ORDER

**PER CURIAM**

   **AND NOW,** this 20th day of August, 2019, the order of the Commonwealth Court is hereby **AFFIRMED**.